## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ERIKA ARNOLD, DEBRA, TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO. 1:10-CV-02375-RLV-JFK** |
| **v.** | ) ) ) | |
| **ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

_____)

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Local Rule 26.1, Defendants Accord Services, LLC ("Accord Services"), Steven A. Adams, and Kathy Adams (hereinafter collectively "Defendants"), make the following initial disclosures. The information set forth herein constitutes the best information presently available to Defendants. Defendants, however, have not completed their investigation of the facts underlying this case, nor taken discovery or prepared for trial. Accordingly, Defendants provide these disclosures without prejudice to their right to timely amend, supplement, or change said disclosures if and when additional, different, or more accurate information becomes available. Moreover, these disclosures are

subject to correction for inadvertent errors or omissions, if any such errors or omissions are later found to exist.

**(1)    If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.**

RESPONSE:        Defendants are properly identified.

**(2)    Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by the plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

RESPONSE:        None.

**(3)    Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.**

RESPONSE:

Accord Services ("Accord") is a small, mostly family-owned business that provides in-home 24/7 health care services for catastrophically injured individuals who are entirely dependent on their caregivers.  Accord assigns Licensed Practical Nurses (LPNs) and Certified Nursing Assistants (CNAs) who not only care for the patient, but also interact regularly with the patient's family members.

Accord assigns LPNs and CNAs through its staffing coordinators and nursing supervisors.  Accord's healthcare workforce is comprised primarily of minority personnel.    In-home  assignments  are  based  on  legitimate  non-

discriminatory factors unrelated to race, national original, age or other legally prohibited reasons.  With respect to Plaintiffs Goodman, Arnold, and Trawick, none of them were subjected to a hostile work environment, to any form of retaliation, or to an adverse employment action.

Defendants deny any discrimination based on Plaintiffs' race, national origin, age, or protected activity.  Defendants state that any adverse actions taken against Plaintiffs were based on legitimate, non-discriminatory, non-retaliatory reasons.  By way of further response, Defendants incorporate the affirmative and other defenses set forth in their Answer.

**(4)     Describe in detail all statutes, codes, regulations, legal principles, standards, and customs or usages, and illustrative case law which defendant contends are applicable to this action.**

RESPONSE:     Defendants have identified the legal authorities listed below as being applicable to this action.  The list below is not intended to be exhaustive, as discovery has not yet begun, and facts may yet emerge that implicate additional legal authority.  Defendants reserve the right to rely upon applicable case and statutory law similar to that cited below or discovered at a later date.

Statutes, Codes & Regulations: Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*.; Civil Rights Act of 1866, 42 U.S.C. § 1981; Age Discrimination of Employment Act, 29 U.S.C. §§ 623(a)(1) and (2).

Illustrative Case Law*:  McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973); *Tomczyk v. Jocks & Jills Restaurants, LLC*, 198 F. App'x 804 (11th Cir. 2006);

*Washington v. BellSouth Telecomm., Inc.*, 285 F. App'x 597 (11th Cir. 2008); *Rice-Lamar v. City of Fort Lauderdale, Fla.*, 232 F.3d 836 (11th Cir. 2000); *Rice-Lamar v. City of Fort Lauderdale, Fla.*, 232 F.3d 836 (11th Cir. 2000); *Tippie v. Spacelabs Med., Inc.*, 180 F. App'x 51 (11th Cir. 2006); *McCann v. Tillman*, 526 F.3d 1370 (11th Cir. 2008); *Miller v. Kenworth of Dothan, Inc.*, 277 F.3d 1269 (11th Cir. 2002); *Plaisance v. Travelers Ins. Co.*, 880 F. Supp. 798 (N.D. Ga. 1994); *Jimenez v. Wellstar Health System*, 596 F.3d 1304 (11th Cir. 2010).

**(5)   Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

RESPONSE:      Defendants have identified the persons listed in Appendix A as potential witnesses upon which they might rely.   Defendants reserve the right to supplement these disclosures if additional witnesses are identified through the discovery process.

**(6)   Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.   For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.**

RESPONSE:      Defendants have not identified or retained an expert witness.

**(7)   Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.**

RESPONSE:      Defendants have identified the documents listed in Appendix B as documents which they might use in the defense of this case. Defendants reserve the right to supplement these disclosures if additional relevant

documents, data compilations, or tangible things are identified or developed

through the discovery process.

**(8)     Provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34.**

RESPONSE:     Defendants are presently making no claim for damages,

but reserve the right to seek costs and attorney fees as appropriate at a later time.

**(9)   If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.**

RESPONSE:     Defendants makes no contention that another person or

entity is liable to Plaintiffs.

**(10)   Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.**

RESPONSE:     Defendants will produce any relevant insurance

agreements that may be called upon to satisfy all or part of the judgments in this

matter.

Dated:        May 2, 2011                Respectfully submitted,

By: */s/ John F. Wymer*
     John F. Wymer, III
     Georgia Bar No. 779418
     Email: johnwymer@paulhastings.com
     N. Katie Manley
     Georgia Bar No. 183593
     Email: katiemanley@paulhastings.com
     PAUL, HASTINGS, JANOFSKY &
     WALKER LLP
     600 Peachtree Street, N.E.
     Suite 2400
     Atlanta, GA  30308-2222
     Telephone:(404) 815-2400
     Facsimile: (404) 815-2424

     Attorneys for Defendants Accord
     Services, LLC, et al.

## APPENDIX A

| NAME | ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| Erika Arnold | May be contacted through counsel for Plaintiffs | Allegations contained in the Complaint. |
| Debra Trawick | May be contacted through counsel for Plaintiffs | Allegations contained in the Complaint. |
| Tracee Goodman | May be contacted through counsel for Plaintiffs | Allegations contained in the Complaint. |
| Christine Muchene | May be contacted through counsel for Plaintiffs | Allegations contained in the Complaint. |
| Steve Adams | May be contacted through counsel for Defendant Paul, Hastings, <br> Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Kathy Adams | May be contacted through counsel for Defendant Paul, Hastings, <br> Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Freddy Allen | May be contacted through counsel for Defendant Paul, Hastings, <br> Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Darlene Dillon | May be contacted through counsel for Defendant | The allegations of discrimination, along with |

| NAME | ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| | Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | the factual allegations in the Complaint. |
| Paula Ortega | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Helaine Jones | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Lavella Harris | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Elizabeth Brown | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |

| NAME | ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| Teresea Peterson | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Lettita Brooks | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Tonya Simmons | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Dee Jones | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Jolee Powell | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |

| NAME | ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| | Atlanta, Georgia 30308 (404) 815-2400 | |
| Gracie James | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Karen Wood | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Kevin Panter | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Tonya Beecraft | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Latoya Jackson | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP | The allegations of discrimination, along with the factual allegations in the Complaint. |

| NAME | ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| | 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | |
| Sandra Winfield | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Shannon Sheen | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Jasmina Quant | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Queston Evans | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Paul Hoover | May be contacted through counsel for Defendant | The allegations of discrimination, along with |

| NAME | ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| | Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | the factual allegations in the Complaint. |
| Carol Williams | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Anita Gardonye | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Rosa Goldberg | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Symekia Lee | May be contacted through counsel for Defendant Paul, Hastings, Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |

| NAME | ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| Madeline Wilkes | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Cassandra Perrin | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |
| Claudia Vasquez | May be contacted through counsel for Defendant Paul, Hastings,   Janofsky & Walker, LLP 600 Peachtree Street, N.E., Ste. 2400 Atlanta, Georgia 30308 (404) 815-2400 | The allegations of discrimination, along with the factual allegations in the Complaint. |

## APPENDIX B

Personnel files of Plaintiffs.

Other employment records related to Plaintiffs.

Documents relating to Plaintiffs' job performance.

Accord Services employment applications.

Accord Services employment manual.

Documents received from the EEOC.

Documents in the EEOC's investigation file.

Documents reflecting the hiring, compensation, and assignment of LPNs and CNAs.

Notes/minutes, if any, of business meetings at Accord Services.

Business calendars and other similar documents maintained by any agents of Accord Services.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ERIKA ARNOLD, DEBRA, TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,** | ) ) ) ) ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO. 1:10-CV-02375-RLV-JFK** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS** | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2011, I electronically filed **DEFENDANTS' INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Dena G. Georgia, Esq.
Edward D. Buckley, Esq.
Buckley & Klein, LLP
1180 West Peachtree Street
Suite 1100
Atlanta, Georgia  30309

By: _/s/ N. Katie Manley_____
N. Katie Manley
Attorney for Defendants

LEGAL_US_E # 92857297.2