UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIKA ARNOLD, DEBRA TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,<br><br>     Plaintiffs,<br><br>v.<br><br>ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,<br><br>     Defendants. | CIVIL ACTION NO.<br>1:10-CV-02375-RLV-JFK |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiffs Erika Arnold, Debra Trawick, Tracee Goodman, and Christine Muchene (collectively, "Plaintiffs") and Defendants Accord Services, LLC, Steven A. Adams, and Katayoun ("Kathy") Adams (collectively, "Defendants'), by and through their respective counsel, hereby move for a sixty (60) day extension of the deadline for discovery.  As reasons therefore, they state:

1. The deadline for completion of discovery in this case is currently September 8, 2011.

2. The parties have diligently engaged in discovery. However, production of documents and depositions of the Plaintiffs, various Accord Services personnel, and other witnesses has not yet been completed. The parties are currently working to complete this discovery.

3. No prior extensions of the discovery period have been requested.

4. An extension will prejudice none of the parties in this matter.

5. In order that the parties may complete the discovery necessary for the resolution of this case, they respectfully request a sixty (60) day extension of discovery to and including November 7th, 2011.

WHEREFORE, the parties respectfully request that the Court grant their motion for a sixty (60) day extension of discovery.

Respectfully submitted this 19th day of August, 2011.

[Signatures on Next Page]

By: *s/ Dena G. George*
    Dena G. George
    Georgia Bar No. 297337
    dggeorge@buckleyklein.com
    Edward D. Buckley
    Georgia Bar No. 092750
    edbuckley@buckleyklein.com
    BUCKLEY & KLEIN, LLP
    1230 Peachtree Street, N.E.
    Promenade II, Suite 900
    Atlanta, Georgia  30309
    Telephone: (404) 781-1100
    Facsimile:  (404) 781-1101
    *Attorneys for Plaintiffs*

By: *s/ John F. Wymer, III*
    John F. Wymer, III
    Georgia Bar No. 779418
    johnwymer@paulhastings.com
    N. Katie Manley
    Georgia Bar No. 183593
    katiemanley@paulhastings.com
    PAUL HASTINGS, LLP
    600 Peachtree Street, N.E.
    Suite 2400
    Atlanta, Georgia  30308
    Telephone:  (404) 815-2400
    Facsimile:  (404) 815-2424
    *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIKA ARNOLD, DEBRA, TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS, )<br>)<br>)<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.<br>1:10-CV-02375-RLV-JFK |

## CERTIFICATE OF SERVICE

     I hereby certify that on August 19, 2011, I electronically filed the foregoing JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

          Dena G. George, Esq.
          Edward Buckley, Esq.
          Buckley & Klein, LLP
          Promenade II, Suite 900
          1230 Peachtree Street, N.E.
          Atlanta, Georgia  30309

                         *s/ John F. Wymer, III*
                         John F. Wymer, III
                         Georgia Bar No. 779418