IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIKA ARNOLD, DEBRA TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,<br><br>    Plaintiffs,<br><br>v.<br><br>ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:10-cv-02375-RLV-JFK |

## NOTICE OF DEPOSITION

TO: John F. Wymer, III
     Katie Manley
     PAUL HASTINGS
     600 Peachtree Street NE, Suite 2400
     Atlanta, GA  30308-2222

PLEASE TAKE NOTICE that on November 2, 2011, beginning at 1:00 p.m., Eastern Time, Plaintiff's counsel will proceed to take the deposition of Darlene Dillon at the office of Paul Hastings, 600 Peachtree Street NE, Suite 2400, Atlanta, GA  30308-2222.  The deposition will be taken upon oral examination pursuant to Federal Rules of Civil Procedure 30 and 45.  The deposition will be taken by Plaintiff's counsel before an officer duly authorized by law to take

depositions. The deposition will continue from day to day until its completion.

You may attend and examine.

    This 20th day of October, 2011.

                              BUCKLEY & KLEIN LLP

                By:    <u>s/ Dena G. George</u>
                        Dena G. George
                        Georgia Bar No. 297337

Promenade II, Suite 900
1230 Peachtree Street, NW
Atlanta, Georgia  30309
Telephone:  (404) 781-1100
Facsimile:  (404) 781-1101
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2011, I electronically filed a **Notice of Deposition** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

John F. Wymer, III
Katie Manley
PAUL HASTINGS
600 Peachtree Street NE, Suite 2400
Atlanta, GA  30308-2222

                                                BUCKLEY & KLEIN, LLP

                           By:    s/ Dena G. George
                                       Dena G. George
                                         Georgia Bar No. 297337

Promenade II, Suite 900
1230 Peachtree Street, NW
Atlanta, Georgia  30309
Telephone:  (404) 781-1100
Facsimile:  (404) 781-1101