# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ERIKA ARNOLD, DEBRA, TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO. 1:10-CV-02375-RLV-JFK** |
| **v.** | ) ) | |
| **ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant Accord Services, LLC, will take the deposition upon oral examination of Plaintiff Christine Muchene on Tuesday, November 1, 2011 at 2:30 p.m. at the offices of Buckley & Klein, LLP, Promenade II, Suite 900, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, will be recorded by stenographic means, and is being taken for purposes of discovery, for use at trial, and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure or other applicable rules of the

Court.

This 21st day of October, 2011.

*s/ John F. Wymer, III*
John F. Wymer, III
Georgia Bar No. 779418
johnwymer@paulhastings.com
N. Katie Manley
Georgia Bar No. 183593
katiemanley@paulhastings.com
PAUL HASTINGS LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308-2222
Telephone:  (404) 815-2400
Facsimile:   (404) 815-2424

Counsel for Defendant Accord
Services, LLC

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **ERIKA ARNOLD, DEBRA, TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO. 1:10-CV-02375-RLV-JFK** |
| | ) | |
| **v.** | ) ) | |
| **ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2011, I electronically filed the foregoing

**NOTICE OF DEPOSITION** with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to the following attorneys for Plaintiff at the

e-mail addresses on file with the Court:

> Edward D. Buckley
> Dena G. George
> Buckley & Klein, LLP
> Promenade II, Suite 900
> 1230 Peachtree Street, N.E.
> Atlanta, Georgia 30309

By: *s/ John F. Wymer, III*
     John F. Wymer, III
     Attorney for Defendant