IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIKA ARNOLD, DEBRA TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,<br><br>      Plaintiffs,<br><br>v.<br><br>ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,<br><br>      Defendants. | CIVIL ACTION FILE NO.:<br>1:10-cv-02375-RLV-JFK |

### PLAINTIFF ARNOLD'S MOTION TO QUASH AND NOTICE OF OBJECTIONS TO DEFENDANTS' SUBPOENAS *DUCES TECUM* TO GEORGIA DEPARTMENT OF HUMAN SERVICES AND COBB COUNTY DEPARTMENT OF FAMILY & CHILDREN SERVICES

Plaintiff Erika Arnold respectfully submits the following Motion to Quash and Notice of Objections to Defendants' Subpoenas *Duces Tecum* to Georgia Department of Human Services and Cobb County Department of Family & Children Services.

1. On November 21, 2011, Defendants issued a subpoena *duces tecum* to the Georgia Department of Human Services and the Cobb County Department of Family & Children Services (attached as Exhibit A and Exhibit B respectively).

1

2. The subpoenas issued by Defendants seek "a complete copy of the public assistance files" of Ms. Arnold, including any investigative files.

3. Plaintiff objects to the subpoenas in their entirety and respectfully moves the Court to quash them.

4. The subpoenas are untimely.

5. The subpoenas request production on November 28, <u>only three business days</u> from the date they were served and provided to Plaintiffs' counsel.  Thus, the subpoenas provide insufficient and unreasonable time for objection (three business days immediately prior to and following Thanksgiving).

6. Defendants have no justification for the delay and untimely, overbroad, and burdensome subpoenas, as Ms. Arnold was deposed on November 1, three weeks prior to the issuance of the subpoenas at issue. Moreover, defense counsel has two attorneys actively working on this matter, and Accord produced documents concerning Ms. Arnold's food stamp overpayment well over a month prior to the subpoenas being issued three days prior to the expiration of the second extended discovery period.

7. Additionally, the subpoenas are overbroad and seek highly confidential personal information concerning Plaintiff, specifically including "a complete copy of the public assistance files" of Ms. Arnold, which necessarily will include confidential information regarding Ms. Arnold's minor children.

8. Finally, the subpoenas seek irrelevant information, as Ms. Arnold has not been arrested or convicted in connection to her public assistance benefits. Thus, the information will not be admissible at trial.

9. WHEREFORE, Plaintiff Arnold respectfully requests the Court enter an order quashing Defendants' subpoenas or, in the alternative, sustaining Plaintiff's objections to the subpoenas in their entirety. Plaintiff further requests the Court prohibit Defendants from issuing additional subpoenas to Georgia Department of Human Services and Cobb County Department of Family & Children Services.

10. This Motion is supported by the accompanying brief.

Respectfully submitted this 22th day of November, 2011.

                    BUCKLEY & KLEIN, LLP

                    s/ Edward D. Buckley
                    Edward D. Buckley
                    Georgia Bar No. 092750
                    edbuckley@buckleyklein.com
                    Dena G. George
                    Georgia Bar No. 297337
                    dggeorge@buckleyklein.com

1230 Peachtree Street, Suite 900
Atlanta, GA  30309
Telephone:  (404) 781-1100
Facsimile:   (404) 781-1101

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I electronically filed the foregoing **Plaintiff Arnold's Motion to Quash and Notice of Objections to Defendants' Subpoenas *Duces Tecum* to Georgia Department of Human Services and Cobb County Department of Family & Children Services** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    John F. Wymer, III
    Katie Manley
    PAUL HASTINGS

    BUCKLEY & KLEIN, LLP

    By:   s/Edward D. Buckley
           Edward D. Buckley
           Georgia Bar No. 092750

    COUNSEL FOR PLAINTIFFS