# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cv-02375-RLV -JFK
## Arnold et al v. Accord Services, LLC et al
## Honorable Janet F. King

Minute Sheet for proceedings held In Open Court on 12/09/2011.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:45 P.M.       COURT REPORTER: ftr
TIME IN COURT: 1:15                   DEPUTY CLERK: Lavonia Wade-Childs
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Edward Buckley representing Erika Arnold<br>Dena George representing Erika Arnold<br>Nancy Manley representing Accord Services, LLC<br>John Wymer representing Accord Services, LLC |
| PROCEEDING CATEGORY: | Discovery Hearing; |
| MINUTE TEXT: | Court heard arguments. Parties to file letter briefs by DECEMBER 16, 2011. Discovery Extended to JANUARY 31, 2012 to complete issues discussed during conference (Order to follow). |