ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 23 2012

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIKA ARNOLD, DEBRA, TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,<br><br>      Plaintiffs,<br><br>v.<br><br>ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:10-CV-02375-RLV-JFK |

## JOINT MOTION FOR CONSENT PROTECTIVE ORDER

Plaintiffs Erika Arnold, Debra Trawick, Tracee Goodman, and Christine Muchene ("Plaintiffs') and Defendant Accord Services, LLC ("Defendant"), jointly move the Court for entry of the attached Consent Protective Order. Discovery in this case involves the review of confidential, proprietary and/or sensitive business information, as well as confidential personnel information regarding clients, employees, and former employees of Defendant, including the Plaintiffs and individuals not party to this action. Accordingly, good cause exists

within the meaning of Federal Rule of Civil Procedure 26(c), for entry of this Protective Order.

THEREFORE, the parties respectfully request that the Court enter the attached Protective Order in this case.

AGREED AND CONSENTED TO this 23rd day of January 2012.

| | |
|---|---|
| *s/ Dena G. George* | *s/ N. Katie Manley* |
| Dena G. George | John F. Wymer, III |
| Georgia Bar No. 297337 | Georgia Bar No. 779418 |
| dggeorge@buckleyklein.com | johnwymer@paulhastings.com |
| Edward D. Buckley, III | N. Katie Manley |
| Georgia Bar No. 092750 | Georgia Bar No. 183593 |
| edbuckley@buckleyklein.com | katiemanley@paulhastings.com |
| BUCKLEY & KLEIN LLP | PAUL HASTINGS LLP |
| Promenade II, Suite 900 | 600 Peachtree Street, N.E. |
| 1230 Peachtree Street | Suite 2400 |
| Atlanta, GA 30309 | Atlanta, GA 30308-2222 |
| Telephone: (404) 781-1100 | Telephone: (404) 815-2400 |
| Facsimile: (404) 781-1101 | Facsimile: (404) 815-2424 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant Accord Services, LLC |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIKA ARNOLD, DEBRA, TRAWICK, TRACEE GOODMAN, AND CHRISTINE MUCHENE,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD SERVICES, LLC, STEVEN A. ADAMS AND KATAYOUN ("KATHY") ADAMS,<br>Defendants. | CIVIL ACTION NO.<br>1:10-CV-02375-RLV-JFK |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2012, the foregoing **JOINT MOTION FOR CONSENT PROTECTIVE ORDER** was sent via email to the following attorneys of record:

> Edward D. Buckley, III
> Dena G. George
> Buckley & Klein, LLP
> Promenade II, Suite 900
> 1230 Peachtree Street, N.E.
> Atlanta, Georgia 30309

> *s/ N. Katie Manley*
> N. Katie Manley
> Attorney for Defendant

LEGAL_US_E # 95764856.5