*ORIGINAL*

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 3 1 2012

JAMES N. HATTEN, Clerk
_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| ERIKA ARNOLD, et al., | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 1:10-CV-02375-RLV-JFK |
| | ) | |
| v. | ) | |
| | ) | |
| ACCORD SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court, having considered the Joint Motion for Extension of Discovery Deadline, and for good cause shown, is of the opinion that the Motion should be GRANTED; *however, due to the already protracted period of discovery, no further extension of the discovery period will be granted. JFC*

IT IS, THEREFORE, ORDERED that the current deadline for the parties to complete discovery is extended for *the final time for* sixty days to and including April 2, 2012.

SO ORDERED, this 31st day of January, 2012.

_____
UNITED STATES ~~DISTRICT~~ *Magistrate* COURT JUDGE